**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARK JOSEPH NEJMEH,

Plaintiff

v.

THERIVA BIOLOGICS, INC.,

Defendants

Case No.: 3:26-cv-00705-ART-CSD

**Order**

Re: ECF No. 37

Good cause appearing, Defendant's motion for an extension of time to respond to the complaint (ECF No. 37) is **GRANTED**. Defendant will have to and including December 1, 2026, to answer or otherwise respond to the complaint in this matter.

**IT IS SO ORDERED**.

Dated: October 16, 2026

Craig S. Denney
United States Magistrate Judge